| | |
|---|---|
| 1 | PHILIP A. MCLEOD, CASB No. 101101 |
|   | philip.mcleod@kyl.com |
| 2 | JULIE L. TAYLOR, CASB No. 154341 |
|   | julie.taylor@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 4 | 450 Pacific Avenue |
|   | San Francisco, California  94133 |
| 5 | Telephone:   (415) 398-6000 |
|   | Facsimile:   (415) 981-0136 |
| 6 | |
|   | Attorneys for Plaintiffs |
| 7 | ERIC STRONG and MILLER AVENUE |
|   | ADVISORS, LLC |
| 8 | |
| 9 | BRYAN L. HAWKINS, CASB No. 238346 |
|   | bryan.hawkins@stoel.com |
| 10 | STOEL RIVES LLP |
|    | 500 Capitol Mall, Suite 1600 |
| 11 | Sacramento, CA 95814 |
|    | Telephone:   (916) 447-0700 |
| 12 | Facsimile:   (916) 447-4781 |
| 13 | Attorneys for Defendant |
|    | BRIGHTON JONES, LLC |
| 14 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERIC STRONG, an individual, and MILLER AVENUE ADVISORS, LLC, a California limited liability company, | ) ) ) | Case No. 3:21-cv-05299 JSC |
| | ) | **STIPULATION REQUESTING EXTENSION** |
| Plaintiffs, | ) ) | **OF TIME FOR PLAINTIFFS' SUPPLEMENTAL FILING SETTING** |
| vs. | ) ) | **FORTH THE CITIZENSHIP OF EACH MEMBER OF THE LLC PARTIES AND** |
| | ) | [~~PROPOSED~~] **ORDER** |
| BRIGHTON JONES, LLC, a Washington limited liability company, and DOES 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

In response to the Court's "Order re: Diversity Jurisdiction," (Dkt. No. 18), Plaintiffs ERIC STRONG and MILLER AVENUE ADVISORS, LLC and Defendant BRIGHTON JONES,

- 1 -

LLC (collectively "the Parties") through their counsel, hereby stipulate as follows:

1. The Parties have reached an informal agreement on settlement terms. Defendant's counsel is in the process of drafting a settlement agreement. The Parties anticipate that the settlement agreement will be finalized and signed within the next seven to ten days. Once the settlement agreement is fully signed, counsel for plaintiffs will file a dismissal of this case. Therefore, the Parties jointly and respectfully request an extension of the deadline for plaintiff to make a supplemental filing setting forth the citizenship of each member of each LLC party. The requested extension would be to Friday, October 8, 2021.

DATED: September 28, 2021

*Philip A. McLeod*
PHILIP A. MCLEOD
JULIE L. TAYLOR
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiffs
ERIC STRONG and MILLER AVENUE ADVISORS, LLC

DATED: September 28, 2021

*/s/ Bryan L. Hawkins*
BRYAN L. HAWKINS
STOEL RIVES LLP
Attorneys for Defendant
BRIGHTON JONES, LLC

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: September 28, 2021

*Philip A. McLeod*
PHILIP A. MCLEOD
JULIE L. TAYLOR
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiffs
ERIC STRONG and MILLER AVENUE ADVISORS, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __Sept. 28__, 2021

*Jacqueline Scott Corley*
_____
THE HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

- 3 -
STIPULATION REQUESTING EXTENSION OF TIME FOR PLAINTIFFS' SUPPLEMENTAL FILING SETTING FORTH THE CITIZENSHIP OF EACH MEMBER OF THE LLC PARTIES AND [PROPOSED] ORDER - Case No. 3:21-cv-05299 JSC
KYL4838-5963-6989.1