UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC STRONG, et al.,

    Plaintiffs,

v.

BRIGHTON JONES, LLC,

    Defendant.

Case No.  21-cv-05299-JSC

**ORDER OF DISMISSAL**

Re: Dkt. Nos. 18, 21

Pursuant to the Court's order regarding diversity jurisdiction, (Dkt. No. 18), Plaintiffs have informed the Court that the parties are not diverse. (Dkt. No. 21.)[1] There is no apparent basis for federal subject matter jurisdiction. Accordingly, this case is DISMISSED without prejudice.[2] (*See id.* at 2.) The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 18, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of the documents.

[2] All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. Nos. 9, 14.)